**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CAMERON C. MCCARY, VENUS MCCARY, MATTHEW MCCARY, and SAMANTHA MCCARY<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER B. CUNNINGHAM, OFFICER M. SIMONETTI,<br><br>Defendants, | : | C.A. No.: 1:21-cv-00667-RGA |

**[PROPOSED] VOIR DIRE**

Good morning, ladies and gentlemen. My name is Judge Richard G. Andrews. We are going to select a jury in a civil case. The Plaintiffs are Cameron C. McCary, Venus McCary, Matthew McCary, and Samantha McCary. The Defendants are Sergeant Bancroft Cunningham and Officer Mark Simonetti. The trial is scheduled to last three days, starting at 9:30 a.m. on December 8, 2025. Each day, you will be excused at 4:30 p.m.

I am going to ask you a series of questions to help the Court and the attorneys in the jury selection process. Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (To Deputy, Please swear the panel).

If any of you answer "yes" to any of the questions that I ask, please raise your hand, and, when recognized by me, please stand, state your name and your jury number. At the end of the questions, the Deputy Clerk will ask some of you to take seats in the jury box, and, after that, the lawyers and I may ask those of you who answered "yes" to one or more questions to come up to the bench to discuss your answers with the lawyers and me.

1. Does the schedule that I have just mentioned present a special problem to any of you?

2. This is a civil rights lawsuit about a search of the plaintiffs' home at 322 Paddington Drive, Bear, Delaware. The plaintiffs claim that the officers used excessive force, unlawfully detained them, and violated their rights under the Fourth Amendment.

The defendants deny they used excessive force or violated anyone’s civil rights. The jury will decide whether any of the plaintiffs' rights were violated and, if so, whether damages should be awarded. If you are chosen as a juror, I will explain the law in detail later.

3. Have any of you heard or read anything about this case?

4. The lawyers and law firms involved in this case are Ronald Poliquin of the Poliquin Firm representing the Plaintiffs and Michael F. McTaggart and Helene Episcopo of the New Castle County Office of Law will be representing the

Defendants. Do any of you or your immediate families, such as spouse, child, parent, or sibling, know any of the attorneys or law firms I have just named?

5. Do any of you or your immediate family members or close friends know any of the attorneys or law firms I have just mentioned?

6. Have any of you or your immediate family members or close friends had any business dealings with or been employed by any of these attorneys or law firms?

7. Do you have any education, training, or experience with the law, legal system, or courts?

8. Have any of you been a party to a lawsuit, either as a party or a witness?

9. Have you or any member of your immediate family, your close friends, or your employer ever been involved in a civil rights dispute?

10. Have you or any member of your immediate family, your close friends, or your employer ever been employed with law enforcement?

11. Have any of you or your immediate family members or close friends ever had any experience, good or bad, with members of law enforcement.

12. Do you have any opinions about law enforcement that might make it difficult for you to be a fair and impartial juror in this case?

14. Have you or someone close to you ever had a negative experience involving a police department that would prevent you from rendering a fair and impartial verdict in this case?

15. Would your opinion of a New Castle County employee or New Castle County itself affect your ability to be impartial in this case?

16. Is there anything about this type of case involving an action for violation of civil rights that would make it difficult for you to remain neutral and base your decision solely on the facts?

17. If selected as a juror in this case, would you be able to follow the law as instructed by Court even if you did not agree with the law?

18. The potential witnesses in this case are:

-

19. Do you recognize any of the names or are you familiar with any of these potential witnesses?

20. Do you or your immediate family members or close friends have any type of relationship, business or personal, with any of the potential witnesses?

21. Do you have any education, training, or experience in law enforcement?

22. Do you have strong opinions, positive or negative, about individuals accused of a crime?

23. Do you have strong opinions, positive or negative, about lawsuits or the justice system in general?

24. If you were selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

25. Have you ever served on a jury that deliberated to verdict or sat through a trial as an alternate juror?

26. If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you?

27. Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English that would make it difficult for you to serve on this jury?

28. This is the last question. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this case?