**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CAMERON C. MCCARY, VENUS MCCARY, MATTHEW MCCARY, and SAMANTHA MCCARY | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No.: 1:21-cv-00667-RGA |
| OFFICER B. CUNNINGHAM, OFFICER M. SIMONETTI, | : | |
| Defendants, | : | |

**VOIR DIRE**

Good morning, ladies and gentlemen. My name is Judge Richard G. Andrews. We are going to select a jury in a civil case. The Plaintiffs are Venus McCary, Matthew McCary, and Samantha McCary. The Defendants are New Castle County Police Officers – Sgt. Bancroft Cunningham and Officer Mark Simonetti. The trial is scheduled to last three days, starting at 9:30 a.m. each day. Each day, you will be excused at 5:00 p.m. The trial might last into Thursday.

I am going to ask you a series of questions to help the Court and the attorneys in the jury selection process. Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully. (To Deputy, Please swear the panel).

If any of you answer "yes" to any of the questions that I ask, please raise your jury card and keep it up until I state your number. At the end of the questions, my staff will ask some of you to come one-by-one to a conference room where I and the lawyers may ask you a few more questions.

1. Does the schedule that I have just mentioned to you present a special hardship to you?

2. This is a civil rights lawsuit about a search of the McCarys' home at 322 Paddington Drive, Bear, Delaware. The McCarys generally claim that their civil rights were violated because Officer Simonetti used excessive force against Venus McCary and both officers unlawfully detained all three of them.

The defendants deny they used excessive force or violated anyone's civil rights. The jury will decide whether any of the plaintiffs' rights were violated and, if so, whether damages should be awarded. If you are chosen as a juror, I will explain the law in detail later.

3. Have any of you heard or read anything about this case?

4. The lawyers and law firms involved in this case are Ronald Poliquin of the Poliquin Firm and Joseph Stanley of the Schwartz and Schwartz law firm, representing the Plaintiffs, and Michael F. McTaggart and Helene Episcopo of the New Castle County Office of Law, representing the Defendants. Do any of you or

your immediate families, such as spouse, child, parent, or sibling, know any of the attorneys or law firms I have just named?

5. Have you or any member of your immediate family ever been involved in a civil rights dispute?

6. Have you or any member of your immediate family ever been employed with law enforcement?

7. Have you or any member of your immediate family had any experience with members of law enforcement that was particularly good or particularly bad?

8. Do you have any opinions about law enforcement that might make it difficult for you to be a fair and impartial juror in this case?

9. Do you have any opinions about New Castle County government or New Castle County employees that would affect your ability to be impartial in this case?

10. Is there anything about this type of case involving an action for violation of civil rights that would make it difficult for you to remain neutral and base your decision solely on the facts?

11. If selected as a juror in this case, would you be able to follow the law as instructed by Court even if you did not agree with the law?

12. The potential witnesses in this case are the three plaintiffs – Venus McCary, Matthew McCary, and Samantha McCary – the two defendants – Sergeant Bancroft Cunningham and Officer Mark Simonetti – and Cameron McCary, Lt. __________ Botterbusch, Sgt. ___________ Beinke, Cpl. Brian Testa, Corp. Joseph Mihalyi, and Corporal Jack Clark. Do you know, or have you heard of, any of the potential witnesses?

13. If you were selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

14. Have you ever served on a jury before?

15. Is there anything, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English that would make it difficult for you to serve on this jury?

16. This is the last question. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this case?