**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VENUS MCCARY, MATTHEW MCCARY, SAMANTHA MCCARY,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER B. CUNNINGHAM, OFFICER M. SIMONETTI,<br><br>Defendants. | ) | C.A. NO. 1:21-CV-00667-RGA |

**<u>PLAINTIFFS' PROPOSED VERDICT FORM</u>**

We, the jury, unanimously find the following by a preponderance of the evidence:

**VENUS MCCARY'S EXCESSIVE FORCE CLAIM AGAINST DEFENDANT MARK SIMONETTI**

1. Did Defendant Mark Simonetti violate Plaintiff Venus McCary's Fourth Amendment right not to be subjected to excessive force?

____ YES ____ NO

If you answered "yes" to question 1, then go to question 2. If the answer to question 1 is "no," do not answer questions 2-5. Go to question 6.

2. Did Defendant Simonetti's actions (as described above) cause damages to Plaintiff Venus McCary?

____ YES ____ NO

3. What is the amount of damages that will compensate Plaintiff Venus McCary as a consequence of Defendant Simonetti's actions against her?

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

4. If you decide that Venus McCary is not entitled to any compensatory damages amount, Plaintiff will be awarded nominal damages in the amount of $1.00.

5. What is the amount of punitive damages if any?

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

**PLAINTFFS' UNLAWFUL DETENTION CLAIMS**

6. Did Defendant Bancroft Cunningham and/or Defendant Mark Simonetti violate Plaintiffs Matthew McCary, Samantha McCary, and Venus McCary's Fourth Amendment right not to be subjected to unlawful detention?

____ YES ____ NO [**As to Defendant Bancroft Cunnigham**]

____ YES ____ NO [**As to Defendant Mark Simonetti**]

If you answered "yes" to question 6, then go to question 7. If the answer to question 6 is "no," do not answer questions 7-9. Go to question 11.

7. Did Defendant Bancroft Cunningham and/or Defendant Mark Simonetti's actions (described above) cause damages to Plaintiffs?

a. Plaintiff Matthew McCary
____ YES ____ NO [**As to Defendant Bancroft Cunnigham**]

____ YES ____ NO [**As to Defendant Mark Simonetti**]

b. Plaintiff Samantha McCary
____ YES ____ NO [**As to Defendant Bancroft Cunnigham**]

____ YES ____ NO [**As to Defendant Mark Simonetti**]

c. Plaintiff Venus McCary
____ YES ____ NO [**As to Defendant Bancroft Cunnigham**]

____ YES ____ NO [**As to Defendant Mark Simonetti**]

8. What is the amount of damages that will compensate Plaintiffs as a consequence of Defendants' actions against them??

**Plaintiff Matthew McCary**

____________________
(Amount in words)

____________________
(Amount in numbers)

**Plaintiff Samantha McCary**

____________________
(Amount in words)

____________________
(Amount in numbers)

**Plaintiff Venus McCary**

____________________
(Amount in words)

____________________
(Amount in numbers)

9. If you did not award any compensatory damages in question 3, Plaintiffs will be awarded nominal damages in the amount of $1.00

10. What is the amount of punitive damages if any?

**Plaintiff Matthew McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

**Plaintiff Samantha McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

## PLAINTIFF VENUS McCARY'S ASSAULT CLAIM AGAINST DEFENDANT MARK SIMONETTI

11. Did Defendant Simonetti assault Plaintiff Venus McCary?

____ YES ____ NO

If the answer to question 11 is "yes," then go to question 12. If you answered "no" to question 11, do not answer questions 12 or 13. Go to question 14.

12. What is the amount of damages that will compensate Plaintiff Venus McCary as a consequence of Defendant Simonetti's actions against her??

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

13. What is the amount of punitive damages if any?

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

## PLAINTIFF VENUS McCARY'S INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

14. Did Defendant Simonetti commit an act of Intentional Infliction of Emotional Distress against Plaintiff Venus McCary?

____ YES ____ NO [**As to Defendant Mark Simonetti**]

If the answer to question 14 is "yes," then go to question 15. If you answered "no" to question 14, do not answer questions 15 or 16. You should tell the Court Security Officer you have a verdict.

15. What is the amount of damages that will compensate Plaintiff Venus McCary as a consequence of Defendant Simonetti's actions against her?

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

16. What is the amount of punitive damages if any?

**Plaintiff Venus McCary**

__________________
(Amount in words)

__________________
(Amount in numbers)

If you have completed question 16, you should tell the Court Security Officer you have a verdict.

SO SAY WE ALL, this ___ day of December, 2025.

| | |
|---|---|
| ______________________ Juror 1 | ______________________ Juror 5 |
| ______________________ Juror 2 | ______________________ Juror 6 |
| ______________________ Juror 3 | ______________________ Juror 7 |
| ______________________ Juror 4 | ______________________ Juror 8 |
| ____________ Date | ______________________ U.S.D.J. |