**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VENUS MCCARY, MATTHEW MCCARY, SAMANTHA MCCARY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. NO. 1:21-CV-00667-RGA |
| OFFICER B. CUNNINGHAM, OFFICER M. SIMONETTI, | ) | |
| Defendants. | ) | |

# VERDICT FORM

## VENUS McCARY'S EXCESSIVE FORCE CLAIM

1. Did Plaintiff Venus McCary prove by a preponderance of the evidence that Defendant Officer Simonetti committed an act, under color of state law, that violated Plaintiff Venus McCary's Fourth Amendment right not to be subjected to excessive force?

____ YES ____ NO

If you answered "yes" to question 1, then go to question 2. If the answer to question 1 is "no," then do not answer questions 2-5, and go to question 6 instead.

2. Did Plaintiff Venus McCary prove by a preponderance of the evidence that she had any damages caused by Officer Simonetti's use of excessive force?

____ YES ____ NO

If the answer to question 2 is "yes," go to question 3. If the answer to question 2 is "no," then do not answer question 3, and go to question 4 instead.

3. What is the amount of compensatory damages awarded to Venus McCary?

__________________
(Amount in words)

__________________
(Amount in numbers)

4. Only answer this question if you did not answer question 3. Do you award nominal damages of $1.00 to Plaintiff Venus McCary?

____ YES ____ NO

5. What is the amount of punitive damages awarded to Venus McCary, if any?

__________________
(Amount in words)

__________________
(Amount in numbers)

**PLAINTIFFS' UNLAWFUL DETENTION CLAIMS**

6. Did Plaintiffs Matthew McCary, Samantha McCary, or Venus McCary prove by a preponderance of the evidence that Defendants Officer Bancroft Cunningham or Officer Mark Simonetti committed an act, under color of state law, that violated Plaintiffs' Fourth Amendment right not to be subjected to unlawful detention?

____ YES ____ NO [**As to Officer Bancroft Cunningham**]

____ YES ____ NO [**As to Officer Mark Simonetti**]

If you answered "yes" as to Officer Cunningham or Officer Simonetti (or both) in question 6, then go to question 7. If you answered "no" for both Defendants, then do not answer questions 7-10, and go to question 11 instead.

7. Did Plaintiffs prove by a preponderance of the evidence that they had any damages caused by unlawful detention?

a. Plaintiff Matthew McCary

____ YES ____ NO [**As to Officer Bancroft Cunningham**]

____ YES ____ NO [**As to Officer Mark Simonetti**]

b. Plaintiff Samantha McCary

____ YES ____ NO [**As to Officer Bancroft Cunningham**]

____ YES ____ NO [**As to Officer Mark Simonetti**]

c. Plaintiff Venus McCary

____ YES ____ NO [**As to Officer Bancroft Cunningham**]

____ YES ____ NO [**As to Officer Mark Simonetti**]

If you answered "yes," to one or more of the components in question 7, go to question 8. Otherwise, do not answer question 8, and go to question 9 instead.

8. What is the amount of compensatory damages for the unlawful detention? You should only award compensatory damages for those plaintiffs you answered "yes" to in question 7.

**Plaintiff Matthew McCary**

____________________
(Amount in words)

____________________
(Amount in numbers)

**Plaintiff Samantha McCary**

___________________
(Amount in words)

___________________
(Amount in numbers)

**Plaintiff Venus McCary**

___________________
(Amount in words)

___________________
(Amount in numbers)

9. Only answer this question for those plaintiffs (1) for whom you did not award damages in question 8 and (2) for whom you answered "yes" in question 7. Do you award nominal damages of $1.00 to any of the Plaintiffs?

**Plaintiff Matthew McCary**

____ YES ____ NO

**Plaintiff Samantha McCary**

____ YES ____ NO

**Plaintiff Venus McCary**

____ YES ____ NO

10. Only answer this question for those plaintiffs for whom you answered "yes" in question 7. What is the amount of punitive damages, if any?

**Plaintiff Matthew McCary**

___________________
(Amount in words)

___________________
(Amount in numbers)

**Plaintiff Samantha McCary**

________________
(Amount in words)

________________
(Amount in numbers)

**Plaintiff Venus McCary**

________________
(Amount in words)

________________
(Amount in numbers)

**PLAINTIFF VENUS McCARY'S ASSAULT CLAIM**

11. Did Plaintiff Venus McCary prove by a preponderance of the evidence that Defendant Officer Simonetti committed an act against her that was an Assault?

____ YES ____ NO

If the answer to question 11 is "yes," then go to question 12. If you answered "no" to question 11, do not answer questions 12 to 14, and go to question 15 instead.

12. Did Plaintiff Venus McCary prove by a preponderance of the evidence that she had damages caused by Defendant Officer Simonetti in committing Assault?

____ YES ____ NO

If the answer to question 12 is "yes," go to question 13. If the answer to question 12 is "no," then do not answer questions 13 and 14, and go to question 15 instead.

13. What is the amount of the compensatory damages awarded to Plaintiff Venus McCary?

____________________
(Amount in words)

____________________
(Amount in numbers)

If you have completed question 13, go to question 14.

14. What is the amount of punitive damages awarded to Plaintiff Venus McCary, if any?

____________________
(Amount in words)

____________________
(Amount in numbers)

**PLAINTIFF VENUS McCARY'S INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM**

15. Did Plaintiff Venus McCary prove by a preponderance of the evidence that Defendant Officer Simonetti committed an act against Plaintiff Venus McCary that was Intentional Infliction of Emotional Distress?

____ YES ____ NO

If the answer to question 15 is "yes," then go to question 16. If you answered "no" to question 15, do not answer questions 16 to 18, and tell the Court Security Officer you have a verdict.

16. Did Plaintiff Venus McCary prove by a preponderance of the evidence that she had damages caused by the Defendant Simonetti in committing the act of Intentional Infliction of Emotional Distress?

____ YES ____ NO

If the answer to question 16 is "yes," go to question 17. If the answer to question 16 is "no," then do not answer questions 17 and 18, and tell the Court Security Officer you have a verdict.

17. What is the amount of the compensatory damages awarded to Venus McCary?

____________________
(Amount in words)

____________________
(Amount in numbers)

18. What is the amount of punitive damages awarded to Venus McCary, if any?

____________________
(Amount in words)

____________________
(Amount in numbers)

If you have completed question 18, tell the Court Security Officer you have a verdict.

SO SAY WE ALL, this ___ day of December, 2025.

| | |
|---|---|
| ____________________<br>Juror 1 | ____________________<br>Juror 5 |
| ____________________<br>Juror 2 | ____________________<br>Juror 6 |
| ____________________<br>Juror 3 | ____________________<br>Juror 7 |
| ____________________<br>Juror 4 | ____________________<br>Juror 8 |